No. 99–7767.   KANAZEH *v.* LOCKHEED MARTIN ET AL., 529 U. S. 1024;

No. 99–8015.   BELL *v.* NERO ET AL., 529 U. S. 1057;

No. 99–8090.   SMITH *v.* TALLY, WARDEN, 529 U. S. 1028;

No. 99–8134.   WALKER *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, 529 U. S. 1071; and

No. 99–8382.   FARRELL *v.* PATAKI, GOVERNOR OF NEW YORK, ET AL., 529 U. S. 1091.   Petitions for rehearing denied.

## MAY 31, 2000

No. 99–8734 (99A963).   CARTER *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, 529 U. S. 1117.   Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied.   Petition for rehearing denied.

## JUNE 1, 2000

No. 99–9765 (99A989).   IN RE MCGINN.   Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied.   Petition for writ of habeas corpus denied.

No. 99–9808 (99A997).   MCGINN *v.* TEXAS.   Ct. Crim. App. Tex.   Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied.   Certiorari denied.

## JUNE 3, 2000

No. 99A987.   SAFIR, POLICE COMMISSIONER OF THE CITY OF NEW YORK, ET AL. *v.* TUNICK.   C. A. 2d Cir.   Application for stay, presented to JUSTICE SCALIA, and by him referred to the Court, denied.